17-20596

### Fill in this information to identify the case

United States Bankruptcy Court for the:

_____ District of _____
(State)

Case number (if known): _____ Chapter ____

FILED
2017 AUG -4 PM 2:45
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

☐ Check if this is an amended filing

Rec# 20100224    $1,717.00

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. Debtor's name | ARS SILVER SPRING LLC |
| 2. All other names debtor used in the last 8 years<br>Include any assumed names, trade names, and *doing business as* names | THE CLASSICS RESTAURANT |
| 3. Debtor's federal Employer Identification Number (EIN) | 46-2355148 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 8606 COLESVILLE RD<br>Number   Street | _____<br>Number   Street |
| | P.O. Box |
| SILVER SPRING   MD   20910<br>City   State   ZIP Code | _____<br>City   State   ZIP Code |
| | Location of principal assets, if different from principal place of business |
| MONTGOMERY<br>County | _____<br>Number   Street |
| | _____<br>City   State   ZIP Code |

5. Debtor's website (URL)    THECLASSICSDC.COM

6. Type of debtor
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor __ARS Silver Spring LLC__   Case number (if known) _____

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __7225__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   Check one:

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply:*

   ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No
   ☐ Yes.   District _____   When __/__/____   Case number _____
                                   MM / DD / YYYY

   If more than 2 cases, attach a separate list.

   District _____   When __/__/____   Case number _____
                       MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes.   Debtor _____   Relationship _____

    List all cases. If more than 1, attach a separate list.

    District _____   When __/__/____
                        MM / DD / YYYY

    Case number, if known _____

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 2

Debtor ARS Silver Spring LLC   Case number (if known) _____

**11. Why is the case filed in *this* district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☒ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? 8606 Coleshill Rd
Number   Street

Silver Spring     MD   20910
City              State  ZIP Code

Is the property insured?

☐ No

☒ Yes. Insurance agency   The Hartford
Contact name   Statland + Katz LTD
Phone          301-587-6050

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☒ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  ARS SILVER SPRING LLC                                  Case number (if known) _____
      Name

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|

## Request for Relief, Declaration, and Signatures

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

   - The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

   - I have been authorized to file this petition on behalf of the debtor.

   - I have examined the information in this petition and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on  08/04/2017
               MM / DD / YYYY

   X _[signature]_                                  ELLIOTT A BATTLEY
   Signature of authorized representative of debtor        Printed name

   Title  OWNER

18. **Signature of attorney**

   X _____           Date _____
   Signature of attorney for debtor                              MM / DD / YYYY

   _____
   Printed name

   _____
   Firm name

   _____
   Number    Street

   _____
   City                                              State        ZIP Code

   _____
   Contact phone                              Email address

   _____
   Bar number                                  State

17-20596

## United States Bankruptcy Court
### District of Maryland

In Re: ARS Silver Spring LLC    Case Number:

Debtor(s)                          Chapter: 11

### VERIFICATION OF CREDITOR MATRIX

The above named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 8-4-17          Signature of Debtor(s):  /s/
                                                /s/

```
                                              new.txt
PEPCO
701 Ninth Street NW
Washington, DC 20001

The Chef's Warehouse
7477 Candlewood Rd
Hanover, MD 21076

Bowie Produce
2020 Beaver Rd
Landover, MD 20785

MMSP
c/o Law Offices of John Friedman
1101 Saint Paul Street
Suite 402
Baltimore, MD 21202

LDG, Inc.
8601 Georgia Ave
Silver Spring, MD 20910
```